IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CX REINSURANCE CO. LTD., | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-17-1476 |
| CITY HOMES, INC., *et al.*, | * | |
| Defendants | * | |

### MEMORANDUM AND ORDER

Pending before the Court are objections (ECF No. 89) and cross-objections (ECF No. 88) to Magistrate Judge Stephanie A. Gallagher's denial of a protective order and denial of sanctions (ECF No. 77). The undersigned has reviewed the record including the fully briefed objections and cross-objections and has carefully considered the arguments of the parties. For the reasons stated by Judge Gallagher in her memorandum and order, the Court OVERRULES the objections and cross-objections and AFFIRMS Judge Gallagher's rulings. By March 8, 2019, CX Re shall file a new motion to seal the unredacted documents it believes should be sealed and shall file proposed redacted versions of those documents. CX Re and Defendants shall meet and confer for this purpose prior to any new filing.

SO ORDERED.

DATED this 5 day of February, 2019.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
Chief Judge